UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

HUBEI JINGZHOU YIZHUO
INDUSTRY CO.,

            Plaintiff,

  -against-

JNJ RESTAURANT SUPPLIES INC.,
et al.,

           Defendants.

-----------------------------------X

10 Civ. 2642 (WHP)(HBP)

ORDER

      USDC SDNY
      DOCUMENT
      ELECTRONICALLY FILED
      DOC #: _____
      DATE FILED: 6/20/11

      PITMAN, United States Magistrate Judge:

      A conference having been held in this matter on June 17, 2011 during which several discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

      1. No later than June 22, 2011, defendants' counsel is to identify for plaintiff's counsel the specific computer application in which JNJR Restaurant Supplies, Inc. ("JNJR") entered its financial information. No later than June 29, 2011, plaintiff's counsel is to provide defendants' counsel with a written list of the specific electronically stored financial information that he is seeking and the format in which he seeks to have the information produced; the list of

information sought shall not exceed that set forth in the document request previously served. No later than July 7, 2011, JNJR is to produce the electronically stored financial information requested by plaintiff's counsel.

2. No later than June 29, 2011, JNJR is to provide Line 9b of Schedule A and Schedule L for its tax returns for 2008, 2009 and 2010.

3. No later than July 1, 2011, Ms. Li is to provide an affidavit of declaration pursuant to 28 U.S.C. § 1746 confirming that she has never been convicted of a crime.

4. Neither party need respond to any discovery requests served for the first time after May 27, 2011

Dated: New York, New York
       June 20, 2011

SO ORDERED

_____
HENRY PITMAN
United States Magisrate Judge

Copies transmitted to:

Bing Li, Esq.
Law Offices of Bing Li, LLC
Suite 405
980 Avenue of the Americas
New York, New York  10018

Carolyn J. Shields, Esq.
Liu & Shields LLP
Suite 212
136-65 37th Avenue
Flushing, New York  11354